1  KEKER & VAN NEST, LLP
   RACHAEL E. MENY - #178514
2  rmeny@kvn.com
   JO W. GOLUB - #246224
3  jgolub@kvn.com
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  SAGASER, JONES & HELSLEY
   HOWARD A. SAGASER - #72492
7  hsagaser@sjhattorneys.com
   2445 Capitol Street
8  Second Floor
   Fresno, CA 93721
9  Telephone: (559) 233-4800
   Facsimile: (559) 233-9330

10
   Attorneys for Defendant
11 FLAGSTAR BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT BASSETT and CHRISTY BASSETT,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL RUGGLES, an individual; KAHRAM ZAMANI, an individual; INFINITY GROUP SERVICES, a California corporation; FLAGSTAR BANK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:09-CV-00528-OWW-SMS<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART WITHOUT LEAVE TO AMEND, GRANTING IN PART WITH LEAVE TO AMEND AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS (DOCS. 27 & 30) AND MOTION TO STRIKE (DOC. 29)<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Oliver W. Wanger<br><br>Date Comp. Filed: January 26, 2009 |

[PROPOSED] ORDER GRANTING IN PART WITHOUT LEAVE TO AMEND, GRANTING IN PART WITH LEAVE TO AMEND AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS (DOCS. 27 & 30) AND MOTION TO STRIKE (DOC. 29)
CASE NO. 1:09-CV-00528-OWW-SMS

449332.01

1    The motions of Defendants Flagstar Bank, Infinity Group Services, Kahram Zamani, and
2 Michael Ruggles to dismiss this action under Rule 12(b)(6) of the Federal Rules of Civil
3 Procedure, and the motion of Defendant Flagstar Bank to strike certain portions of the First
4 Amended Complaint under Rule 12(f) of the Federal Rules of Civil Procedure, came on regularly
5 for hearing on August 17, 2009, the Honorable Oliver W. Wanger presiding. Based on the
6 moving and opposing papers submitted on behalf of the parties and for the reasons stated in the
7 Memorandum Decision and Order Granting in Part without Leave to Amend, Granting in Part
8 with Leave to Amend and Denying in Part Defendants' Motions to Dismiss (Docs. 27 & 30) and
9 Motion to Strike (Doc. 29), issued by this Court on September 14, 2009 [Docket No. 53],
10   IT IS HEREBY ORDERED THAT:
11   (1)  Leave to amend is GRANTED in order that Plaintiffs may specifically allege the
12 facts upon which they rely in contending that Flagstar was the lender;
13   (2)  Defendants' motions to dismiss Plaintiffs' Fifth Cause of Action for Violation of
14 the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601, *et seq.*, as barred by
15 the statue of limitations are DENIED;
16   (3)  Defendants' motions to dismiss Plaintiffs Fifth Cause of Action for Violation of
17 RESPA for failure to state a claim are GRANTED WITH LEAVE TO AMEND;
18   (4)  Defendants' motions to dismiss Plaintiffs' Sixth Cause of Action for Violation of
19 TILA, 15 U.S.C. § 1601, *et seq.*, as barred by the statute of limitations are DENIED;
20   (5)  Defendant IGS's motion to dismiss Plaintiffs' Sixth Cause of Action for failure to
21 state a claim is DENIED;
22   (6)  Defendant Flagstar's motion to dismiss the Second, Fourth, and Eighth Causes of
23 Action is GRANTED WITHOUT LEAVE TO AMEND to the extent that these causes of action
24 are based on the alleged nondisclosure of the yield spread premium or the payment of the yield
25 spread premium;
26   (7)  Defendant Flagstar's motion to dismiss the Second, Fourth, and Eighth Causes of
27 Action is GRANTED WITH LEAVE TO AMEND to the extent that these causes of action are
28

1

based on the alleged fraudulent misrepresentation or breaches of fiduciary duty by Ruggles and/or IGS in inducing Plaintiffs to enter into a loan which had an interest rate higher than Plaintiffs qualified for;

(8) Defendant IGS's motion to dismiss the Fourth Cause of Action is GRANTED WITH LEAVE TO AMEND;

(9) Defendant Flagstar's motion to strike Paragraphs 27-30 of the First Amended Complaint is GRANTED;

(10) Defendant Flagstar's motion to strike the prayer for rescission is DENIED WITHOUT PREJUDICE;

(11) Plaintiffs shall file a Second Amended Complaint in accordance with the rulings in the Memorandum Decision and Order within 20 days from the filing date of that Memorandum Decision and Order.

IT IS SO ORDERED.

DATED: 9-25-, 2009

HON. OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
KEKER & VAN NEST LLP

By: _____
RACHAEL E. MENY
JO W. GOLUB
Attorneys for Defendant FLAGSTAR BANK

Approved as to form by:
ROBINSON BRADFORD LLP

By: _____
MATTHEW C. BRADFORD
Attorneys for Plaintiffs

2
[PROPOSED] ORDER GRANTING IN PART WITHOUT LEAVE TO AMEND, GRANTING IN PART WITH LEAVE TO AMEND AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS (DOCS. 27 & 30) AND MOTION TO STRIKE (DOC. 29)
CASE NO. 1:09-CV-00528-OWW-SMS

449332.01

1  Approved as to form by:
2  THARPE & HOWELL
3  By: _____
4  GARY L. LANGOTTI
   Attorneys for Defendants
5  KAHRAM ZAMANI, MICHAEL RUGGLES, and
   INFINITY GROUP SERVICES

## Proposed Orders

1:09-cv-00528-OWW-SMS Bassett et al v. Ruggles et al
CIVIL

### U.S. District Court

### Eastern District of California - Live System

### Notice of Electronic Filing

The following transaction was entered by Golub, Jo on 9/22/2009 at 1:43 PM PDT and filed on 9/22/2009
**Case Name:**   Bassett et al v. Ruggles et al
**Case Number:**  1:09-cv-528
**Filer:**       Flagstar Bank
**Document Number:** 56

**Docket Text:**
**PROPOSED ORDER Proposed Order re [53] Order,, Set/Reset Deadlines and Hearings,, Order on Motion to Strike,, Order on Motion to Dismiss,,, by Flagstar Bank. (Golub, Jo)**

**1:09-cv-528 Electronically filed documents will be served electronically to:**

Gary Lee Angotti     gangotti@tharpe-howell.com, kwilliams@tharpe-howell.com

Howard A. Sagaser    hsagaser@sjhattorneys.com, ecfclerk@sjhattorneys.com

Jo W. Golub    jgolub@kvn.com, efiling@kvn.com, gap@kvn.com, jah@kvn.com, rpunak@kvn.com

Matthew Corin Bradford    matthew@bradfordlaw.net, kay@bradfordlaw.net

Paul Thomas Dolberg    pauldolberg@hotmail.com

Rachael E. Meny    rem@kvn.com, efiling@kvn.com, pal@kvn.com

**1:09-cv-528 Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=9/22/2009] [FileNumber=3345628-0
] [bc07773a3f53b9fde3aa486551d0d46499b13c699d29f19384e08025913be29e775
bf251a1873fbbc825bf471f886b8fbfc4dcb453a56c669a28cb4f0fd36d99]]