Matthew C. Bradford, Esq. (196798)
**ROBINSON BRADFORD LLP**
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:     (209) 954-9001
Facsimile:     (209) 954-9091

Attorney for Plaintiff, ROBERT BASSETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO DIVISION

| ROBERT BASSETT, | CASE NO. 1:09-CV-00528-OWW-SMS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF THIRD AMENDED COMPLAINT [FRCP 41(a)(1)(A)(i)]** |
| FLAGSTAR BANK, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) plaintiff Robert Bassett hereby requests dismissal of the Third Amended Complaint with prejudice as to Flagstar Bank and without prejudice as to Robert Bassett's right to pursue claims against any former defendant other than Flagstar Bank.

IT IS SO ORDERED.

Dated:   **May 17, 2010**                                **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE